Clear Form

FILED
08 JUN 11
MICHAEL W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

SBA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Corazon S. Pascual
MAIL ADDRESS:
P.O. Box 471454
San Francisco, CA 94147
         Plaintiff,

vs.

Michael J. Astrue
Commissioner
Social Security Administration
6401 Security Blvd.
Baltimore, MD 21235
         Defendant.

CV 08 2906

CASE NO. _____

**APPLICATION TO PROCEED**
**IN FORMA PAUPERIS**
(Non-prisoner cases only)

I, _Corazon S. Pascual_ declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?  Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __NA__  Net: __NA__

Employer: __NA__

(BABY SITTER: $80/WK)

If the answer is "no," state the date of last employment and the amount of the gross and net salary

1 | and wages per month which you received.

2 | EMPLOYMENT TERMINATED : 03/30/07

3 | GROSS SALARY : $38,000+/YEAR

4 | NET SALARY : $2000/MONTH

5 | 2. Have you received, within the past twelve (12) months, any money from any of the

6 | following sources:

7 |     a. Business, Profession or      Yes ___ No _X_

8 |         self employment?

9 |     b. Income from stocks, bonds,      Yes ___ No _X_

10 |         or royalties?

11 |     c. Rent payments?      Yes ___ No _X_

12 |     d. Pensions, annuities, or      Yes ___ No _X_

13 |         life insurance payments?

14 |     e. Federal or State welfare payments,      Yes _X_ No ___

15 |         Social Security or other govern-

16 |         ment source?

17 | If the answer is "yes" to any of the above, describe each source of money and state the amount

18 | received from each.

19 | SOCIAL SECURITY : $513./MONTH

20 | _____

21 | 3. Are you married?      Yes ___ No _X_

22 | Spouse's Full Name: NA

23 | Spouse's Place of Employment: NA

24 | Spouse's Monthly Salary, Wages or Income:

25 | Gross $ NA      Net $ NA

26 | 4.     a. List amount you contribute to your spouse's support: $ NA

27 |      b. List the persons other than your spouse who are dependent upon you for support

28 |         and indicate how much you contribute toward their support. (NOTE: For minor

children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

NA

5. Do you own or are you buying a home?    Yes ___ No _X_

Estimated Market Value: $ NA    Amount of Mortgage: $ NA

6. Do you own an automobile?    Yes ___ No _X_

Make NA    Year NA    Model NA

Is it financed? Yes ___ No _X_ If so, Total due: $ NA

Monthly Payment: $ NA

7. Do you have a bank account?  Yes _X_ No ___ (Do not include account numbers.)

Name(s) and address(es) of bank: US BANK, SAN FRANCISCO, CA

Present balance(s):  $ 1,671.98

Do you own any cash?  Yes _X_ No ___ Amount: $ 80.00

Do you have any other assets?  (If "yes," provide a description of each asset and its estimated market value.)    Yes ___ No _X_

8. What are your monthly expenses?    (EXPENSES SPLIT W/ A ROOMMATE)

Rent: $ 812    Utilities: $ 40-60

Food: $ 150-180    Clothing: $ 30-35

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| USBANK VISA | $ 20. | $ 880.+ |
|  | $ | $ |
|  | $ | $ |

9. Do you have any other debts?  (List current obligations, indicating amounts and to whom they are payable.  Do not include account numbers.)

NO

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ___ No ✗

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

NA

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

June 5, 2008                                    /s/ Corazon J. Pascual
DATE                                            SIGNATURE OF APPLICANT