CASE NO.: _008-2906SBA_____

EMPLOYMENT DISCRIMINATION COMPLAINT

June 18, 2008

FILED
JUN 18 2008

United States District Court
 Northern District of California
San Francisco Division

I, Corazon S. Pascual, the plaintiff, reside in this district, and formerly employed by the Social Security Administration in San Francisco, California, would like to request to kindly move my Discrimination lawsuit from Oakland Division Court to the San Francisco Division of this Court because of my present personal physical condition.

Thank you.

Respectfully yours,

*[signature]*

Corazon S. Pascual
Mail Address:
P. O. Box 471454
San Francisco, CA 94147
(Plaintiff)

vs

Michael J. Astrue
Commissioner
Social Security Administration
Baltimore, MD
(Defendant)