**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| CORAZON S. PASCUAL, | No. C 08-02906 SBA |
| Plaintiff, | **ORDER** |
| v. | [Docket No. 5] |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | |
| Defendant. | |

Having granted plaintiff's Application to Proceed *in Forma Pauperis* [Docket No. 5], on July 1, 2008, the Court ORDERS the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, plaintiff's affidavit, and this Order upon all defendants.

IT IS SO ORDERED.

July 3, 2008

Saundra Brown Armstrong
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORAZON S PASCUAL,<br><br>      Plaintiff,<br><br>  v.<br><br>MICHAEL J ASTRUE et al,<br><br>      Defendant. | Case Number: CV08-02906 SBA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 7, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Corazon S. Pascual
P.O. Box 471454
San Francisco, CA 94147

Dated: July 7, 2008

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

2