RECEIVED
FILED
JUL 10 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

July 10, 2008                                          CASE NO.: CV08-029606 SBA

The Honorable Judge Saundra Brown Armstrong
United States District Judge
 for the Northern District of California Oakland Division

Dear Judge Armstrong:

I would like to thank you, Your Honor, for granting my Application to Proceed IN FORMA PAUPERIS.

Since my present personal physical condition (old-age related illness) is showing some improvement, I would not need so much assistance from my relatives or friends to commute by bus or Bart to Oakland. For this reason, I have also thought to not request anymore to have my case transferred to the San Francisco Division. The problem that affects me most is my mental anguish (depression) caused by the pressure of handling my case, and I have been trying hard to deal with it.

If it is not too much to ask, Your Honor, I would like to request to kindly allow me to be represented by a court-appointed attorney in pursuing my case. I have been searching through the California Employment Lawyers Association (CELA) for an attorney who is willing to take my case on a contingency basis, but no one would. They require certain amounts as retainers. I have also checked with the Bar (Lawyers') Association - their lawyers charge $25-50 consultation fees and no guarantee if my case will be accepted.

Since the termination of my last employment on March 30, 2007, I have not been successful in getting a job again due to the economic condition of the country in addition to the unfair remark shown in my employment record caused by my former employer. My unemployment benefits have already been gone for several months now and I am presently experiencing economic hardships.

Thank you, Your Honor.

Respectfully yours,

Corazon A. Pascual
(Plaintiff)