CORAZON S. PASCUAL,

Plaintiff,

v.

MICHAEL J ASTRUE et al,

Defendant.

_____/

Case Number: CV08-02906 SBA

CERTIFICATE OF SERVICE

**FILED**
JUL 2 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

I, Corazon S. Pascual, hereby certify that I am the Plaintiff.

That on July 22, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelopes addressed to the person(s) hereinafter listed, by depositing said envelopes in the U.S. Mail.

Michael J. Astrue, Commissioner
Social Security Administration
6401 Security Blvd.
Baltimore, MD 21235

U. S. Attorney's Office
450 Golden Gate Avenue
P. O. Box 36055
San Francisco, CA 94102

U. S. Attorney General's Office
U. S. Department of Justice
950 Pennsylvania Avenue, NW
Washington D. C. 20530

Dated: July 22, 2008

```
                                                    FILED
                                                   JUL 17 2008
                                              RICHARD W. WIEKING
                                            CLERK, U.S. DISTRICT COURT
                                          NORTHERN DISTRICT OF CALIFORNIA
                                                     OAKLAND
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORAZON S PASCUAL, | No. C 08-02906 SBA |
| Plaintiff, | **CLERK'S NOTICE** |
| v. | |
| MICHAEL J ASTRUE, | |
| Defendant. | |

**Counsel for the plaintiff is directed to serve a copy of this Notice upon any other party in this action not enrolled in the e-filing program. Following service, Counsel shall file a certificate of service with the Clerk of the Court.**

YOU ARE HEREBY NOTIFIED THAT the Case Management Conference set for, September 11, 2008, has been moved to, September 18, 2008, at 2:45 p.m. via telephone.

Plaintiff's counsel is to set up the conference call with all the parties on the line and call chambers at (510) 637-3559.

(NO PARTY SHALL CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.)

Counsel shall file a Joint Case Management Conference Statement 10 days in advance of the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court.

Dated: 7/17/08

FOR THE COURT,

Richard W. Wieking, Clerk

By: s/Lisa R. Clark
    **Courtroom Deputy**



Corazon S. Pascual
P.O. Box 471454
San Francisco, CA 94147

SAN FRANCISCO CA 941
29 JUL 2008 PM 5 T

Richard W. Wieking
Clerk, U.S. District Court
Northern District of California,
Oakland Division
Office of the Clerk, U.S. District Court
Northern District of California
1301 Clay St., Suite 400S
Oakland, CA 94612-5212