UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
AUG 26 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Corazon S. Pascual    Case No. C 08-02906-SBA
    Plaintiff(s),
                                ADR CERTIFICATION BY PARTIES
                                AND COUNSEL
        v.

Michael J. Astrue, Commissioner
Social Security Administration
    Defendant(s).
_____/

   Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

   ✓ (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

   (2) Discussed the available dispute resolution options provided by the Court and private entities; and

   (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 08/20/08

                                Corazon S. Pascual
                                _____
                                [Party]

Dated: _____

                                (NONE)
                                _____
                                [Counsel]



SAN FRANCISCO CA 941
25 AUG 2008 PM 6 T

Office of The Clerk
U.S. District Court
Northern District of California
1301 Clay St., Suite 400S
Oakland, CA 94612-5212

CORAZON PASCUAL
PO Box 471454
San Francisco, CA 94147

Case 4:08-cv-02906-SBA    Document 16    Filed 08/26/2008    Page 3 of 3