**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

FILED SEP - 5 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

RECEIVED 2008 JUL 11 AM 10:35 UNITED STATES MARSHAL NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Corazon S. Pascual | C-08-2906-SBA |
| DEFENDANT | TYPE OF PROCESS |
| Michael J. Astrue, Commissioner of Social Security Administration | ***see below |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
U.S. Attorney's Office
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
450 Golden Gate Ave., P.O. Box 36055, San Francisco, CA 94102

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Corazon S. Pascual
P.O. Box 471454
San Francisco, CA 94147

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Fold                                                                                                       Fold

ENTERED

***summons & complaint
docket #s 2,3 & 6

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| *[signature]* | | 510-637-3530 | 7/8/08 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 11 | District to Serve No. 11 | Signature of Authorized USMS Deputy or Clerk *[signature]* | Date 7/17/08 |
|---|---|---|---|---|---|

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
TIFFANI CHIU - PARALEGAL

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

| Date 07/23/08 | Time 2:30 ☐ am ☒ pm |
|---|---|
| Signature of U.S. Marshal or Deputy *[signature]* | |

| Service Fee $45 | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) $0.00 |
|---|---|---|---|---|---|

REMARKS: Mailed to copy by certified mail on 7/8/08
FWD. TO S.F. on 7/17/08 for Personal Service.

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| Corazon S. Pascual | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No.  C-08-2906-SBA |
| Michael J. Astrue, Commissioner of Social Security | ) |
| Defendant | ) |

**Summons in a Civil Action**

To: (See attached)
       *(Defendant's name)*

A lawsuit has been filed against you.

    Within __60__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Corazon S. Pascual
P.O. Box 471454
San Francisco, CA  94147

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: __07/08/2008__

Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

C-08-2906-SBA   Pascual -v- Astrue

Michael J. Astrue
Commissioner of Social Security Administration
6401 Security Blvd., #611
Baltimore, MD 21235-0001

U.S. Attorney's Office
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA 94102

U.S. Attorney General
U.S. Dept. Of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530