1   JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
2   JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
3   Victoria R. Carradero (CSBN 217885)
    Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102-3495
        Telephone: (415) 436-7181
6       FAX: (415) 436-6748
        victoria.carradero@usdoj.gov
7
    Attorneys for Defendant
8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                        OAKLAND DIVISION

12
    Corazon Pascual,                    )    No. 08-2906 SBA
13                                       )
            Plaintiff,                   )    **STIPULATION AND  ORDER TO**
14                                       )    **CONTINUE DUE DATE FOR**
        v.                               )    **DEFENDANT TO FILE REPLY BRIEF**
15                                       )    **IN SUPPORT OF MOTION FOR**
    Michael J. Astrue, Commissioner, Social )  **SUMMARY JUDGMENT, OR IN THE**
16  Security Administration,             )    **ALTERNATIVE, SUMMARY**
                                         )    **ADJUDICATION**
17          Defendant.                   )
                                         )
18
19
20
21
22
23
24
25
26
27
28

    STIPULATION AND [PROPOSED] ORDER TO CONTINUE DUE DATE FOR DEFENDANT'S REPLY BRIEF
    [08-2906 SBA]

1    Plaintiff Corazon Pascual, in Pro Per, and Federal Defendant Michael J. Astrue,

2  Commissioner of the Social Security Administration, by and through his undersigned counsel,

3  hereby stipulate as follows:

4    The parties hereby agree and request that the Court enter an order that Defendant may have

5  until April 2, 2009 to file its reply brief in support of its Motion for Summary Adjudication.

6    **IT IS SO STIPULATED**

7

8  DATED: March 4, 2009                           PLAINTIFF

9

10                                         _____/S/_____

11                                         Corazon Pascual, In Pro Per

12

13

14  DATED: March 4, 2009                          JOSEPH RUSSONIELLO
                                                  United States Attorney
15

16                                         _____/S/_____
                                           Victoria R. Carradero
17                                         Assistant United States Attorney
                                           Attorneys for Federal Defendant
18

19  **PURSUANT TO STIPULATION IT IS SO ORDERED.**

20  DATED:       3/6/09        _____
                                           *Saundra B Armstrong*
21                                         The Honorable Saundra B.  Armstrong
                                           United States District Court Judge
22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DUE DATE FOR DEFENDANT'S REPLY BRIEF
[08-2906 SBA]

1  UNITED STATES DISTRICT COURT

2  FOR THE

3  NORTHERN DISTRICT OF CALIFORNIA

4

5

6  CORAZON S PASCUAL,                          Case Number: CV08-02906 SBA

7       Plaintiff,                            **CERTIFICATE OF SERVICE**

8  v.

9  MICHAEL J ASTRUE et al,

10      Defendant.
   _____/

11

12  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
    Court, Northern District of California.

13

14  That on March 6, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said
    copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing
    said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery
15  receptacle located in the Clerk's office.

16

17
    Corazon S. Pascual
18  P.O. Box 471454
    San Francisco, CA 94147
19

20  Dated: March 6, 2009
                                Richard W. Wieking, Clerk
21                              By: LISA R CLARK, Deputy Clerk

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DUE DATE FOR DEFENDANT'S REPLY BRIEF
[08-2906 SBA]