UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CORAZON PASCUAL,<br><br>  Plaintiff,<br><br>  vs.<br><br>MICHAEL J. ASTRUE, Commissioner, Social Security Administration,<br><br>  Defendant. | Case No: C 08-2906 SBA<br><br>**JUDGMENT**<br><br>Docket 41 |

Having granted Defendant's Motion for Summary Judgment (Docket 41),

IT IS HEREBY ORDERED THAT final judgment is entered in favor of Defendant.

Dated: April 24, 2009

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Hon. Saundra Brown Armstrong
　　　　　　　　　　　　　　　　　United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CORAZON S PASCUAL,

       Plaintiff,

  v.

MICHAEL J ASTRUE et al,

       Defendant.

                                  Case Number: CV08-02906 SBA

                                  **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 27, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Corazon S. Pascual
P.O. Box 471454
San Francisco, CA 94147

Dated: April 27, 2009
                                  Richard W. Wieking, Clerk

                                      By: LISA R CLARK, Deputy Clerk